# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 21, 2022

Mr. James Matthew Wright
Federal Public Defender's Office
Northern District of Texas
500 S. Taylor Street
Unit 110
Amarillo, TX 79101-0000

     No. 21-10924    Wooten v. Lumpkin
                     USDC No. 1:19-CV-157

Dear Mr. Wright,

On 8/18/22, the Court stayed further proceedings in this appeal
pending a ruling in the Texas Court of Criminal Appeals. Please
provide the court with a status report as to proceeding in the
Texas Court of Criminal Appeals.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

cc:
     Ms. Lori Denise Brodbeck
     Ms. Jessica Graf
     Mr. Nathan Tadema